MARY'S OPINION HEADING 



 NO. 12-03-00356-CV



IN THE COURT OF APPEALS
 


TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS


IN THE INTEREST OF
§
 APPEAL FROM THE 307TH


T.D.S. AND A.L.S.,
§
 JUDICIAL DISTRICT COURT OF


CHILDREN
§
 GREGG COUNTY, TEXAS

 

MEMORANDUM OPINION


PER CURIAM



 This appeal is being dismissed for failure to pay the filing fee required by Texas Rule of
Appellate Procedure 5. The judgment in the instant case was signed on September 26, 2003, and
Appellant perfected an appeal on October 27, 2003. Under Texas Government Code sections
51.207(b) and 51.901(a)(1), Appellant was required to tender a filing fee of $125.00 upon filing her
appeal. On November 12, 2003, this Court notified Appellant that the filing fee was past due, and
it gave her until November 24, 2003 to pay it. The notice further provided that failure to pay the
filing fee on or before November 24, 2003 would result in the dismissal of her appeal under Tex.
R. App. P. 42.3(c). 

 No filing fee having been received as of November 26, 2003, the appeal is dismissed. Tex.
R. App. P. 42.3.

Opinion delivered November 26, 2003.

Panel consisted of Worthen, C.J., Griffith, J., and DeVasto, J.




(PUBLISH)